IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01245-REB-MEH

CARLOS SMITH, an individual,

      Plaintiff,

v.

SOUTHWEST CONSTRUTION (sic) SUPPLY & SALES, INC., a Colorado corporation, and
PAUL FLORES, an individual,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 9, 2012.**

      Pending before the Court is a letter from Plaintiff dated August 7, 2012 [filed August 7, 2012; docket #22] which the Court construes a motion to enforce a settlement agreement. Plaintiff's motion is **denied without prejudice** for failure to comply Fed. R. Civ. P. 5(a)(1)(D) and D.C. Colo. LCivR 5.1G. Rule 5(a)(1)(D) requires that a written motion filed with the Court must be served on every party. Local Rule 5.1G requires, in pertinent part, that "[e]ach paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service." The attachment to Plaintiff's motion provides the names and addresses of the named Defendants, but does not indicate service on these parties or their counsel of record.